United States District Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jamaris Hayes, | § | |
| | § | |
| *Defendant-Petitioner*, | § | Crim. Action No. |
| | § | 4:19-cr-00305-1 |
| v. | § | |
| | § | Civil Action No. |
| United States of America, | § | 4:22-cv-00930 |
| | § | |
| *Plaintiff-Respondent*. | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Petitioner Jamaris Hayes's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Civ. Document No. 1; Crim. Document No. 171) and Respondent's motion for summary judgment (Civ. Document No. 6; Crim. Document No. 184). The Court has received from the Magistrate Judge a Memorandum and Recommendation (Civ. Document No. 9; Crim. Document No. 187) recommending that that Petitioner's motion be denied and Respondent's motion for summary judgment be granted. No objections were filed.

The Court, after having made a *de novo* determination of the petition and the motion to dismiss, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on October 6, 2023 (Civ. Document No. 9; Crim. Document No. 187), which is adopted in its entirety as the opinion of this Court, that Respondent's motion for summary judgment (Civ. Document No. 6; Crim. Document No. 184) is GRANTED and Petitioner's motion under 28 U.S.C. § 2255 to vacate or set aside his sentence (Civ. Document No. 1; Crim. Document No. 171) is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 7TH day of December, 2023.

Ewing Werlein, Jr.
United States District Judge